UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF:
NORTHERN DISTRICT OF ILLINOIS

## CHAPTER 7 VOLUNTARY PETITION

In Re: **BELTRAN, Arsenio** Debtor and **BELTRAN, Nora,** Joint Debtor (Spouse)

Debtors (set forth here all names including trade names used by Debtor within last 6 years). **None**

Social Security No. **0549 (last four digits)**     Social Security No **0533** (Spouse)
Address: **3731 Cindy Lane**                        Address: **3731 Cindy Lane**
          **Glenview, Illinois 60025**                        **Glenview, Illinois 60025**

County of Residence: **Cook County, Illinois**

**Information Regarding Debtors:**

1. Venue: **Debtors have resided or have had their domicile or have had their principal place of business or has had his principal assets within this district for the preceding 180 days or for a longer portion of the preceding 180 days than in any other district.**
2. Type of Debtor: **Individual**
3. Nature of Debt: **Consumer/no-business**
4. Chapter or Section of Bankruptcy Code under which petition is filed: **Chapter 7**
5. **Filing fee is attached**
6. Statistical/Administrative Information: **Debtors estimate that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured distributors.**
7. Estimated Number of Creditors: **14**
8. Esimated Assets: **$41,020.00**
9. Estimated Debts: **$868,274.60**

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/03/2004
Time: 14:37:39
Debtor: ARSENIO BELTRAN
Case: 04-03983    Fee : 209
Chapter: 7 Rec. # : 3059863
Judge: John Schwartz
341 mtg: 03/10/2004 @ 01:30PM
Trustee: DAVID HERZOG



1:04BK03983-BK001

## VOLUNTARY PETITION

IN RE: **BELTRAN, Arsenio,** Debtor **& BELTRAN, Nora,** Joint Debtor (Spouse)

Prior Bankruptcy Case Filed Within Last 6 Years: **NONE**
Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor:
**NONE**

Signatures of Debtors:

We declare under penalty of perjury that the information in this petition is true and correct. We are aware that we may proceed under Chapter 7, 11, 12, 13 of title 11,

United States Code. understand the relief available under each such chapter, and choose to proceed under chapter 7.

We request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Debtor: _____

Signature of Joint Debtor: _____

Date : **February 1, 2004**

Signature of Attorney for Debtor: _____
Printed name of attorney for Debtor: **ALFONSO S. BASCOS  Atty. Code BAAL**
Firm Name: **Alfonso S. Bascos & Associates**
Address: **1332 Irving Park Rd. Chicago, Illinois 60613**
Telephone No. **773-404-8445**; Fax No. **773-404-8445**
Date: **February 1, 2004**

Exhibit B: **I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that she may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each chapter.**
Signature of Attorney: _____ Date: **February 1, 2004**

In Re: **BELTRAN, Arsenio &   BELTRAN, Nora** Case No. _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtors assets.  Add the amounts from Schedules D, E and F to determine the amount of the debtors liabilities.

A.  Real Property:
Attached (*Yes/No*) :   **Yes.**
Number of Sheets :   1
Assets           :   **$31,000.00**
B.  Personal Property:
Attached (*Yes/No*) :   **Yes**
Number of Sheets :   **2**
Assets           :   **$10,020.00**
C.  Property Claimed as Exempt:
Attached (*Yes/No*) :   **Yes**
Number of Sheets :   1

D.  Creditors Holding Secured Claims:
Attached (*Yes/No*):   **Yes**
Number of Sheets :   1
Liabilities       :   **0**

E.  Creditors Holding Unsecured Priority Claims:
Attached (*Yes/No*):   **Yes**
Number of Sheets :   1
Liabilities       :   **0**

F. Creditors Holding Unsecured Nonpriority Claims:

Attached (*Yes/No*) :     **Yes**

Number of Sheets :     **2**

Liabilities          :     **$868,274.60**


G. Executory Contracts and Unexpired Leases:

Attached (*Yes/No*) :     **Yes.**

Number of Sheets :     **1**


H. Codebtors:

Attached (*Yes/No*) :     **Yes**

Number of Sheets :     **1**


I. Current Income of Individual Debtor(s):

Attached (*Yes/No*) :     **Yes**

Number of Sheets :     **2**

Total current income:  **$6,178.66**


J. Current Expenditures of Individual Debtor(s):

Attached (*Yes/No*) :     **Yes.**

Number of Sheets :     **2**

Total monthly expenses:  **3,148.29**


Total Number of Sheets of All Schedules:

Number of Sheets  (*A Through J*) :  **14**

Total Assets:          **$41,020.00**

Total Liabilities:     **$868,274.60**

In re: BELTRAN, Arsenio and BELTRAN, Nora. Debtors.   Case No. ___

**Schedule A- Real Property**

A. Description and Location of Property:       **Residential Lot # 25 Blk 2866**
                                               **Port Malabar Unit 52**
                                               **Titusville, FL.**

Nature of Debtors Interest in Property:        **Owner**

Current Market Value of Debtor's Interest in   **$100.00**
Property Without Deducting Any Secured
Claim or Exemption:

Amount of Secured Claim                        **0**

Total current market value:                    **$100,00**

B. A. Description and Location of Property:     **Residential Lot # 8 Blk 2862**
                                               **Port Malabar Unit 52**
                                               **Titusville, FL.**

Nature of Debtors Interest in Property:         **Owner**

Current Market Value of Debtor's Interest in    **$100.00**
Property Without Deducting Any Secured
Claim or Exemption:

Amount of Secured Claim                         **0**

Total current market value:                     **$100,00**

C. A. Description and Location of Property:      **Vacant land**
                                                **Pahrump, Nevada**

Nature of Debtors Interest in Property:          **Contract purchaser**

Current Market Value of Debtor's Interest in
Property Without Deducting Any Secured           **$29,000**
Claim or Exemption:

Amount of Secured Claim                          **0**

Total current market value:                      **$29,000**

                              **Total:**         **$31,000**

**Schedule B-Personal Property**

1. Cash on hand                                                                   **$  200.00**
2. Deposits of money with banking institutions, savings and loan
   associations,  brokerage houses,  credit unions, public utility
   companies, landlords and others**: Glenview  Bank ( checking)**     **$ 2000.00**
                      **Commonwealth Edison (utility deposit)**            **70.00**
3. Security deposits with public utilities, telephone companies,
   landlord, and others:                                                 **None**
4. Households goods and furnishings including audio and  computer
   equipment :**TV, Beds, appliances,**                                  **$1500.00**
5. Books, pictures, and other art objects; stamp, coin and other collections:  **None**
6. Wearing apparel.                                                      **$ 2000.00**
7. Furs and jewelry:                          **watch**                    **50.00**
8. Firearms, sports , photographic equipment and other
   hobby equipment:  **None**
9. Interest in insurance policies. Name insurance company
   of each  policy and itemize surrender or refund value of
   each:  **Canadian Life Ins. (Term insurance) No Cash value**
10. Annuities. Itemize and name each issuer.  **None**
11. Interests in IRA, ERISA, Keogh or other pension
    or profit sharing plans. Itemize:  **None**
12. Stocks and interests in incorporated and unincorporated
    businesses. Itemize: **20% shares of stocks in A.N. Beltran Corp., $200.00**
                          **a home health care agency (initial cap. $1000)**
13. Interest in partnerships  or joint ventures. Itemize: **None**
14. Government and corporate bonds and other negotiable
    and nonnegotiable instruments. **None**
15. Accounts receivables  **None**
16. Alimony, maintenance, support and property settlements
    to which debtor is or may be entitled. Give particulars. **None**
17.Other liquidated debts owing debtor including tax refunds.
    Give particulars. **None**

18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property: **None**

19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust: **None**

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each: **None**

21. Patents, copyrights, and other intellectual property. Give particulars. **None**

22. Licenses, franchises, and other general intangible : **None**

23. Automobiles, trucks, trailers, and other vehicles and accessories:

| | |
|---|---|
| **1) 1984 Mercedes Benz** | **$1000.00** |
| **2) 1992 Chrysler Carry All van** | **$ 500.00** |
| **3) 1996 Chrysler Sport can** | **$2500.00** |

24. Boats, motors, and their accessories; **None**

25. Aircraft and accessories: **None**

26. Office equipment, furnishings and supplies: **None**

27. Machinery, fixtures, equipment and supplies used in business. **None**

28. Inventory: **None**

29. Animals: **None**

30. Crops-growing or harvested. Give particulars. **None**

31. Farming equipment and implements: **None**

32. Farm supplies, chemicals and feed : **None**

33. Other personal property of any kind not already listed. Itemize. **None**

**TOTAL --$10,020**

In re: **BELTRAN, Arsenio   & BELTRAN, Nora,** Debtors          Case No.___

**Schedule C-.** Property claimed as exempt

1. Description of Property & Location:          **Wearing apparel,**
   a) Specify law providing exemption:          **735 ILCS 5/12-1001**
   b) Value of claimed exemption:               **$2000**
   c) Current market value of property
      without deducting exemption:              **$ 2000**

2. Description of Property & Location:          **TV, Bed, appliances**
   a) Specify law providing exemption           **735 ILCS 5/12-901**
   b) Value of claimed exemption                **$1500**
   c) Current market value of property
      without deducting exemption:              **$1500**

3. Description of Property & Location            **jewelry**
   a) Specify law providing exemption           **735ILCS 5/12-1001**
   b) Value of claimed exemption                **$50**
   c) Current market value of Property          **$50**
      without deducting exemption

4. Description of Property & Location:          **Motor vehicles**
   a) Specify law providing exemption           **735 ILCS 5/12-1001**
   b) Value of claimed exemption:               **$ 3600**
   c) Current market value of property          **$ 4000**
      without deducting exemption

5. Description of Property & Location
   a) Specify law providing exemption
   b) Value of claimed exemption
   c) Current market value of property
      without deducting exemption:

In re: **BELTRAN**, **Arsenio & BELTRAN**, **Nora,** Debtors      Case No. _____

**SCHEDULE D-** Creditors Holding Secured Claims:  **None**

In Re: **BELTRAN, Arsenio  &  BELTRAN,  Nora,** Debtors    Case No. ____

**Schedule E-** Creditors Holding Unsecured Priority Claims **:**          **NONE**

In Re: **BELTRAN, Arsenio & BELTRAN, Nora,** Debtors    Case No. _____

**Schedule F-** Creditors Holding Unsecured Nonpriority Claims:

| Name & Address of Creditors | Date Claim Incurred & Consideration for claim | Amt of Claim |
|---|---|---|
| 1. Beneficial Finance<br>4750 N. Western Ave.<br>Chicago, Illinois 60625<br>Acct. No. 413601-00-192055-8 | | $ 204.08 |
| 2. Capital One Services<br>P.O. Box 85015<br>Richmond. VA 23285-5015<br>Acct No. 5291-1520-3997-3801 | | $ 666.42 |
| 3. Shell Master Card<br>P.O. Box 52195<br>Phoenix, Arizona<br>Acct No. 5369-9334-8005-1735 | | $ 825.20 |
| 4. Monogram Bank<br>C/o Wolpoff & Abrmson LLP<br>Two Irving Center<br>702 King Farm Blvd<br>Rockville, MD 20850-5775<br>W & A File No. 110295057 | | $ 539.18 |
| 5. RNB Target<br>P.O. Box 9745<br>Minneapolis, MN 55440<br>Acct No. 9-197-188-761-90 | | $ 239.11 |
| 6. Verizon Wireless<br>P.O. Box 1508<br>MUMEE, Ohio 43537-8508<br>Acct No. 9943677 | | $ 570.23 |
| 7. Tandy/Radio Shack<br>P.O. Box 390857<br>Edina, MN 55439<br>Acct No. 5216551-1 | | $ 2,398.22 |

8. Wal-Mart
   P.O. Box 628041
   Orlando, FL 32862-8041
   Acct No. 6032-2032-3026-6552

$     373.23

9. A T & T
   C/o Southwest Credit System
   P.O. Box 115151
   Carrollton, TX 75011-5151
   Acct No. 6468445-0523756011001

$     477.47

10. CAPITAL ONE SERVICES
    P.O. Box 85015
    Richmond, VA  23285-5015
    Acct No. 5291 1519 0084 7664

$     599.87

11. Sarabia & Associates
    2617 Petunia St.
    West Covina, California 91792
    Case No. RCV 075585
    Superior Court of California
    San Bernardino County

$612,000.00
(disputed)

12. Great Wells Fargo Bank
    C/o NCO Financial Systems, Inc.
    507 Prudential Road
    Florsham, PA 19044
    Acct No. 1111 370000 202266
    Ref. No. T80919

$8119.00

13. Kin-Care Inc.
    C/o Stahl Cowen Crowley
        Attn. Mark Zito, Esq.
    35 W. Monroe St. Suite 500
    Case No. 01 L 006994
    Circuit Court Cook County, IL

$200,000.00
(disputed)

14. Fox Family Trust
    C/o Markem Financial Services, Inc
    P.O. Box 2929
    Pahrump, Nevada 89041
    Acct. No. 113010

$ 41,262.59

**TOTAL**                    $868,274.60

**0**

In Re: BELTRAN, **Arsenio & BELTRAN, Nora** Debtors        Case No. ____

**Schedule G-** Executory Contracts & Unexpired Leases:

**Debtors are contract purchasers of piece of vacant land in**
   **Situated in Pahrump, Las Vegas. Contract price $70,000**
                              **Paid to date:   29,000**
                              **Balance:      $41,000**
                              **Monthly:        585.29**
                **Status of payment ( 1 year arrear)**
  **Year of contract: 1996**

**Payments to: Fox Family Trust**
                **C/o Markem Financial Services, Inc.**
                **P.O. Box 2929**
                **Pahrump, Nevada 89041**
                **Acct. No. 113010**

In Re: **BELTRAN, Arsenio & BELTRAN, Nora,** Debtors     Case No. ___

**SCHEDULE H-** CODEBTORS:

**Debtors have no co-debtor.**

In Re: **BELTRAN, Arsenio  &  BELTRAN, Nora.** Case No. _____

### SCHEDULE  I- CURRENT INCOME OF INDIVIDUAL DEBTORS

1.  Debtors marital status is:  **Married . Husband and wife.**


2.  The name, relationship, and age of the debtors dependents other than
    spouse are: **Not applicable**


3. Employment and Occupation:  **Retiree**
    a. Debtor is employed by:  **None**
       Address of  Employer:
       How long employed:  **N/A**


    b. Spouse is employed as a: **Retiree**
       Employer: **None**
       Address of Employer:  **n/a**
       How long employed:

4. Income. (Estimate of average monthly income)


| a. Debtor. | Arsenio | Nora |
|---|---|---|
| (1) Take-home pay calculated as follows: | | |
| (a) Gross commissions | $41.66 | |
| (b) Payroll taxes (including social security) est. | | |
| (c) Insurance (medical, dental) | | |
| (d) Union dues | | |
| (e) Other (specify) | | |
| Subtotal of payroll deductions | | |
| Total Net Monthly Take Home Pay | $41.66 | |
| | | |
| (2) Regular income from operation of | | |
| business or profession: | None | $800 (drawings) |
| -Income from real property: | None | None |
| -Interest and Dividends | None | None |

-Alimony, maintenance or support
payments payable to debtor for the
debtor's use or that of dependents
listed above:                                          **None**              **None**

(3) Social Security or other government assistance: **None**        **$899.00 medicare**

(4) Pension and other retirement income:          **$663.00**           **None**

(5) Other monthly income (specify) **Disability Income (Principal Life) $3775.00**

**(Disability income will terminate March 2004)**


TOTAL MONTHLY INCOME                        **$704.66**           **$5474.00**


TOTAL COMBINED MONTHLY INCOME      **$6178.66**

In Re: **BELTRAN, Arsenio &  BELTRAN, Nora,** Debtors    **Case No.** ___

## SCHEDULE J- CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

| | |
|---|---|
| **(1) Apartment Rent:** | **$ 1500.00** |
| (2) Utilities: | |
|     Electricity & heat | **150.00** |
|     Water & sewer    (included in rent) | |
|     Telephone | **$   60.00** |
| (3) Home maintenance (repairs & upkeep) | |
| (4) Food | **$ 200.00** |
| (5) Clothing | **$   60.00** |
| (6) Laundry & cleaning | **$   20.00** |
| (7) Doctor  & prescription drugs | **$   14.00** |
| (8) Transportation (not included in car payments) | **$   80.00** |
| (9) Recreation, entertainment, newspapers | |
|     periodicals, cable TV | **$   60.00** |
| | |
| 10) Charitable contributions | **$   20.00** |
| (11) Insurance (not included from wages or | |
|     included in home mortgage payments) | |
|     (a) automobile | **$ 106.00** |
|     (b) Life | **$ 228.00** |
|     (c) Medical | **$   65.00** |
|     (d) Homeowner's or renter's | |
| (e) Others  a) student loans, | |
| b) car payments: | **None** |
| | |
| (12) Taxes(not deducted from wages or included in | |
|     in home mortgage payments: | **None** |
| (13) Alimony, maintenance, and support paid to others: | **None** |
| | |
| (14) Payments for support of additional dependents: | **None** |
| (15) Regular expenses from operation of business, | |
|     profession, farm: | **None** |

(16) Others: Credit card payments (minimum)

        Estimated total payments

        Payment for vacant land (Nevada)      **$  585.29**

TOTAL MONTHLY EXPENSES:      **$3,148.29**

In re: **BELTRAN, Arsenio &  BELTRAN, Nora** Debtors     Case No._____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES
Declaration Under Penalty of Perjury by Individual Debtor

We declare under penalty of perjury that we have read the   foregoing summary consisting of __14__ sheet(s), and that they are true and complete to the best of our knowledge, information, and belief.

Date: **February 1, 2004**        Signature: _____

                                  Signature: _____

In Re: **BELTRAN, Arsenio & BELTRAN, Nora**      Case No._____

## STATEMENT OF FINANCIAL AFFAIRS-FOR NON-BUSINESS DEBTOR

| | **Debtor** | **Spouse** |
|---|---|---|
| 1. Income from Employment. : | | |
| State the gross amount of income the debtor has received from (a) employment, | **Retired** | |
| (b) trade or profession or | | **On disability** |
| (c)operation of thee debtor's business | | **$800/month drawings from A. N. Beltran Corp (2004)** |

from the beginning of this calendar year to the date this case was commenced. State also the gross amount received during the two years immediately preceding this calendar year. If a joint petition is filed, state income for each spouse separately. Give amount and source.

**$4048.Drawings (2002)**
**$9600 Drawings (2003)**

2. Income Other than from employment or
   Operation of business:

   **Debtor:**

State the amount of income received by debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of the case. Give particular. If a joint is filed, state income for each spouse separately. Give Amount and Source:

**SSS pension  $7896.00  (2002)**
**$7956.00  (2003)**

**Spouse:**
**Medicare: $11,340 (2002)**
**Medicare: $11.496 (2003)**
**Disability Income from Principal**
**Life Insurance:  $62,100 (2002)**
**$45,300 (2003)**

**Note: This disability income from Principal Life will terminate March 2003.**

3. Payments to Creditors.

   a) List all payments on loans, installment purchases
      of goods and services, and other debts, aggregating

   **NONE**

more than $600 to any creditor, made within 90
days immediately preceding the commencement
of this case. Give name and address of creditor.
Dates of payments, amount of payments paid and
amount still owing.

b) List all payments made within one year  immediately
preceding the commencement of this case to or for
the benefit of creditors who  are or were insiders.
Give name and address of creditor and relationship
to debtor, date of payment, amount paid and amount
still owing.                                                    **NONE**

4. Suits and Administrative Proceedings, Executions,          **NONE**
Garnishments and Attachments:

a) List all suits and administrative proceedings to which.
debtor is or was a party within one year immediately
preceding filing  of this bankruptcy case. Give caption
of suit and case  number. Nature of proceeding, court or
agency  and location and status or disposition.

**Answer:  1) Joan Brogden Kin-Care, Inc. vs. Nora Beltran
And Arsenio Beltran
Case No. 01 L. 006994. Breach of Contract
Cook County Circuit Court of Illinois
Amount of claim:                              $200,000.00
Status: Pending (disputed)**

**2. Sarabia & Associates vs. Nora Beltran &
Arsenio Beltran
Case No. RCV 075585  (Breach of Contract)
Superior Court of California
San Bernardino County
Amount of claim:                              $612,000.00
Status: Pending (disputed)**

b) Describe all property that has been attached, garnished,     **NONE**
or seized under any legal or equitable process within one
year immediately preceding the commencement of this case.
Give  name and address of person for whose benefit property
was seized, date of seizure and description and value of property.

5. Repossessions, Foreclosures and Returns:                    **NONE**

List all property that has been repossessed by a creditor,
sold at a foreclosure sale, transferred through a deed in
lieu of foreclosure or returned to the seller, within one
year immediately preceding the commencement of this case.
Give name and address of creditor or seller. Date of
repossession, foreclosure sale, transfer or return and
description and value of property.

6. Assignments and Receiverships                               **NONE**

a) Describe any assignment of property for the benefit
of creditors made within 120 days immediately
preceding the commencement of this case.  Give
name and address of assignee, date of assignment
and terms of assignment or settlement.

b) List all property which has been in the hands of a        **NONE**
custodian, receiver, or court appointed official
within one year immediately preceding the commence-
ment of this case.  Give name and address of custodian.
name and location of court, case title & number, date of
order and description and value of property.

7. GIFTS.                                                      **NONE**

List all gifts or charitable contributions made within
one year immediately preceding the commencement
of this case except ordinary and usual gifts to family
members aggregating less than $200 in value per
individual family member and charitable contributions
aggregating less than $100 per recipient. Give name
and address of person or organization, relationship
to debtor, if any, date of gift and description and
value of gift.

8. LOSSES.                                                     **NONE**

List all losses from fire, theft, other casualty or gambling
within one year immediately preceding the commencement  -
of this case or since the commencement of this case.

Give description and value of property, description of
circumstances, and if loss was covered in whole or
in part by insurance. Give particulars and date of loss.

9. Payments Related to Debt Counseling or Bankruptcy.

List all payments made or property transferred by or on
behalf of the debtor to any persons, including attorneys,
for consultation concerning debt consolidation, relief **$1000 to pay**
under the bankruptcy law or preparation of a petition **Alfonso S. Bascos**
in bankruptcy within one year immediately preceding **Attorney**
the commencement of this case. Give name and address **January 30, 2004**
of payee, date of payment, name of payor if other than
debtor and amount of money or description and value
of property.

10. Other Transfers. **NONE**

List all other property, other than property transferred in the
ordinary course of the business or financial affairs of the
debtor, transferred either absolutely or as security within
one year immediately preceding the commencement of this
case. Give name and address of transferee, relationship to
debtor, date and describe property transferred and value
received.

11. Closed Financial Accounts. **NONE**

List all financial accounts and instruments held in the name of
the debtor or for the benefit of the debtor which were closed
sold, or otherwise transferred within one year immediately
preceding the commencement of this case. Include checking,
savings or other financial accounts, certificates of deposits, or
other instruments; shares and share account held in banks,
credit unions, pension funds, cooperatives, associations
brokerage houses and other financial institutions. Give the
name and address of, type and number of account and
amount of final balance and amount and date of sale or
closing.

12. Safe Deposit Boxes. **NONE**

List each safe deposit or other box or depository in which
the debtor has or had securities, cash, or other valuables

within one year immediately preceding the commencement
of this case. Give the name and address of bank or other
depository, names and addresses of those with access to
box or depository, description of contents and date of
transfer or surrender.

13. Setoffs.                                                    **NONE**

List all setoffs made by any creditor, including a bank, against
a debt or deposit of the debtor within 90 days preceding the
commencement of this case. Give name and address of
creditor, date of setoff and amount of setoff.

14. Property Held For Another Person.                          **NONE**

List all property owned by another person that the debtor
holds or controls? Give name and address of owner,
description and value of property and location of property.

15. Prior Address of Debtor.
If the debtor has moved within two years immediately
preceding the commencement of this case, list all
premises which the debtor occupied during that
period and vacated prior to the commencement of
this case. If a joint petition is filed, report also any
separate address of either spouse. Give address,
named used and date of occupancy.

Prior Address:  **N/A**

We declare under penalty of perjury that we have read the answers contained in
the foregoing statement of financial affairs and any attachments thereto and they are
true and correct to the best of our knowledge, information, and belief.

Date: **February 1, 2004**        Signature of Debtor: _____

Date: **February 1, 2004**        Signature of Joint Debtor: _____

In Re: **BELTRAN,  Arsenio &  BELTRAN, Nora**      Case No. _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate in bankruptcy.

2. I intend to do the following  with respect to the property of the estate which secures those consumer debts :

a. Property to be surrendered.   **NONE**

(b) Property to be retained. (Check applicable statement )

*Description of property Pursuant to Section 524 (c):*

**Vacant land in Pahrump, Nevada**
**Creditor: Fax Family Trust**
        **C/o Markem Financial Services, Inc**
        **P.O. Box 2929**
        **Pahrump, Nevada 89044**
        **Acct. No.  113010**


Date: **February 1, 2004**      Signature of Debtor: _____

Date: **February 1, 2004**      Signature of Joint Debtor: _____

In Re: **BELTRAN, Arsenio &  BELTRAN, Nora**Debtors   Case No. _____

## STATEMENT
(Pursuant to Rule 2016(b))

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation   paid  or agreed to be paid by the debtor(s) to the undersigned is:

   (a) for legal services rendered or to be rendered in contemplation of and in
   connection with this case:                                   **$2000.00**

   (b) prior to filing of this statement debtors have paid :          **1000.00**

   (c) the unpaid balance due and payable is :                    **1000.00**

(3) **$200.09**  filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

   **a)  Analysis of the  financial situation, and rendering advice and assistance
   to the debtor(s)  in determining whether to file a petition under title
   11 of the United States Code.**

   **b)  Preparation and filing of the petition, schedules, statement of affairs and
   other documents required by the court.**

   **c)  Representation of the debtor(s)  at the meeting of creditors.**

(5) The source of payments made by the debtor(s) to the undersigned was from
earnings, wages and compensation for services performed, and **No other source.**

(6) The source of payments to be made by the debtor(s) to the undersigned for the
unpaid balance remaining, if any, will be from earnings, wages and compensation
for services performed, and **No other source.**

(7)  The undersigned has received no transfer, assignment or pledge of property except
the following for the value stated: **No exception.**

(8) The undersigned has not shared or agreed to share with any other entity, other than
with members of undersigned's law firm any compensation paid or to be paid
except as follows: **No exception.**

Respectfully submitted:

**ALFONSO S. BASCOS**

Date: **February 1, 2004**                    Attorney for the Debtors