IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ARSENIO AND NORA BELTRAN | ) 04 B 03983 |
| | ) |
| Debtor(s). | ) Honorable John D. Schwartz |

ORDER AND NOTICE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that on the Court's Own Motion, a status hearing will be held in the above referenced case on October 23, 2007 at 10:00 a.m. in Courtroom 719, 219 South Dearborn Street, Chicago, Illinois. David R. Herzog, Trustee, is directed to appear and inform the Court as to when he expects to file a final report in this asset case.

Date: September 19, 2007

ENTERED:

John D. Schwartz
United States Bankruptcy Judge