IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | Chapter 7 |
| ) | | |
| ARSENIO BELTRAN AND NORA BELTRAN, ) | | Case No. 04 B 03983 |
| ) | | |
| ) | | Hon. Pamela Hollis |
| Debtors, ) | | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
<u>AND DEADLINE TO OBJECT (NFR)</u>

     Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     Clerk of the U.S. Bankruptcy Court
     219 South Dearborn Street, Suite 714
     Chicago, IL 60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

     A hearing on the fee applications and any objection to the Final Report will be held on October 29, 2009, before the Honorable Pamela Hollis, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 644, Chicago, IL 60604.

Date Mailed: _____      By: <u>/s/   David R. Herzog</u>
                                                                         Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

In re: BELTRAN, ARSENIO § Case No. 04-03983
      BELTRAN, NORA §
      §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 36,591.78 |
| *and approved disbursements of* | $ 99.01 |
| *leaving a balance on hand of* [1] | $ 36,492.77 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID HERZOG | $ 4,409.03 | $ |
| Attorney for trustee | HERZOG & SCHWARTZ, P.C. | $ 12,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Kin-Care, Inc. | $ 207,500.00 | $ 20,082.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                         Prepared By:  /s/DAVID HERZOG
                                                                           Trustee

DAVID HERZOG
77 WEST WASHINGTON
SUITE 1717
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: gbeemster              Page 1 of 1                  Date Rcvd: Sep 28, 2009
Case: 04-03983                Form ID: pdf006              Total Noticed: 19

The following entities were noticed by first class mail on Sep 30, 2009.
db/jdb       +Arsenio Beltran,   Nora Beltran,   3731 Cindy Lane,   Glenview, IL 60025-3781
aty          +Alfonso S Bascos,   1332 W Irving Park Road,   Chicago, IL 60613-1907
tr           +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
7731375       A T & T,   C/o Southwest Credit System,   P.O. Box 115151,   Carrollton, TX 75011-5151
7731367      +Beneficial Finance,   4750 N. Western Ave.,   Chicago, Illinois 60625-2013
7731368       Capital One Services,   P.O. Box 85015,   Richmond. VA 23285-5015
7731380      +Fox Family Trust,   C/o Markem Financial Services, Inc,   P.O. Box 2929,
               Pahrump, Nevada 89041-2929
7731378      +Great Wells Fargo Bank,   C/o NCO Financial Systems, Inc.,   507 Prudential Road,
               Florsham, PA 19044-2308
7731379      +Kin-Care Inc.,   C/o Stahl Cowen Crowley,   Attn. Mark Zito, Esq.,   35 W. Monroe St. Suite 500,
               Chicago, IL 60603-5301
9562327      +Kin-Care, Inc,   c/o Aronson & Walsh, P.C.,   P.O Box 5907,   Vernon Hills, IL 60061-5907
9562328      +Kin-Care, Inc.,   Aronson & Walsh PC,   PO Box 5907,   Vernon Hills IL 60061-5907
7731370       Monogram Bank,   C/o Wolpoff & Abrmson LLP,   Two Irving Center,   702 King Farm Blvd,
               Rockville, MD 20850-5775
7781757      +RMA HOLDINGS LLC,   PO 105044,   Atlanta GA 30348-5044
7731371      +RNB Target,   P.O. Box 9745,   Minneapolis, MN 55440-6666
7731377      +Sarabia & Associates Inc,   2617 Petunia St.,   West Covina, California 91792-2629
7731369      +Shell Master Card,   P.O. Box 52195,   Phoenix, Arizona 85072-2195
7731373       Tandy/Radio Shack,   P.O. Box 390857,   Edina, MN 55439
7731372       Verizon Wireless,   P.O. Box 1508,   MUMEE, Ohio  43537-8508
7731374       Wal-Mart,   P.O. Box 628041,   Orlando, FL 32862-8041

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7731366       Creditors
aty*         +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
aty*         +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
7731376*      CAPITAL ONE SERVICES,   P.O. Box 85015,   Richmond, VA  23285-5015
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 30, 2009**              **Signature:**           *Joseph Speetjens*