**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 7** |
| **ARSENIO BELTRAN AND NORA BELTRAN,** ) | |
| ) | **Case No. 04 B 03983** |
| ) | |
| **Debtors,** ) | **Hon. John Schwartz** |

**FINAL APPLICATION FOR
<u>COMPENSATION OF COUNSEL FOR THE TRUSTEE</u>**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall review the problems confronted by the Trustee and provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

<u>**BACKGROUND**</u>

The debtors, ARESENIO and NORA BELTRAN, filed a petition under Chapter 7 on February 3, 2004. Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment. On March 22, 2005, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

-1-

Each task performed by the law firm will be discussed in detail. This fee application covers services rendered by the law firm for the period of May 25, 2004 through the present. The billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

**PART II**

**TASK ANALYSIS**

A.   Sale of Real Estate

The law firm spent 14.50 hours in connection with the sale of of real estate of the Debtors. The firm spent time working to sell a parcel of real estate situated in Nevada and owned by the Debtors. The firm worked with attorneys and auctioneers in the area to secure a bid for the property, negotiated terms of the sale, assured the property was secure, working on title issues and review of closing documents. Sale of said property brought a net benefit to the estate of $26,000.00.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 14.50 | $ 3,625.00 |
| **TOTAL** | **14.50** | **$ 3,625.00** |

B.  <u>Adversary Proceeding</u>

The law firm spent 31.55 hours in connection with the preparation and prosecution of an adversary proceeding against the Debtors' son, Michael Beltran, resulting from the fraudulent transfer of a parcel of real estate. The firm researched the law with respect to the transfer and prepared an adversary complaint, as well as attending court and preparing discovery in the matter. Initially the property was to be sold and the firm worked with the Debtors and real estate professionals to list and sell said property. Ultimately, due to market conditions and diminishing equity in the property, the Defendant offered to settle the matter for $10,000.00.  The firm prepared the settlement motion and attended court hearings re same.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 24.75 | $ 6,187.50 |
| David R. Herzog @ 350.00 per hour | 6.80 | $ 2,380.00 |
| **TOTAL** | **31.55** | **$ 8,567.50** |

C.  <u>Objection to Claims</u>

The law firm spent 2.75 hours in connection with the review and objections of claims in the matter. In particular, the firm worked to obtain information with respect to the claim of Sarabia & Associates and prepared objections to said claim, a well as reviewing additional documentation provided by claimant and attending court with respect to said objection.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 350.00 per hour | 2.75 | $ 962.50 |
| **TOTAL** | **52.65** | **$ 962.50** |

D. <u>Miscellaneous</u>

The law firm spent 2.70 hours in connection with miscellaneous matters, including investigation of other possible assets, employment of professionals, as well as preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 350.00 per hour | 2.70 | $ 945.00 |
| **TOTAL** | **2.70** | **$ 945.00** |

**RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 14.50 | $ 3,625.00 |
| Category B | 31.55 | $ 8,567.50 |
| Category C | 2.75 | $ 962.50 |
| Category D | 2.70 | $ 945.00 |
| **TOTAL** | **51.50** | **$ 14,100.00*** |

*While attorneys fees in this matter are $14,100.00, to maximize a distribution to creditors, the law firm is willing to cap its fees at $12,000.00.

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1)   Granting the law firm reasonable compensation of $12,000.00, and necessary expenses of $0.00 for legal services rendered in this case.

2)   For such further relief that this Honorable Court deems just and reasonable.

                                   HERZOG & SCHWARTZ, P.C.


                                   By: /s/ David R. Herzog



David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

## **EXHIBIT A**

## **ATTORNEY TIME FOR CATEGORY A**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 01/26/05 | Herzog, David<br>Review and work on sale of Nevada real estate. | 1.50 | 375.00 | A |
| 01/27/05 | Herzog, David<br>Obtain documents re: sale. | 0.50 | 125.00 | A |
| 02/12/05 | Herzog, David<br>Conference re: terms of purchase of Las Vegas real estate. | 0.25 | 62.50 | A |
| 03/10/05 | Herzog, David<br>Work on motion to sell | 1.50 | 375.00 | A |
| 03/22/05 | Herzog, David<br>Attend motion re Nevada sale. | 1.00 | 250.00 | A |
| 03/31/05 | Herzog, David<br>Attend court call; review counteroffer to purchase NV property; call re same. | 1.50 | 375.00 | A |
| 04/07/05 | Herzog, David<br>Attend court call re: sale. | 1.00 | 250.00 | A |
| 04/12/05 | Herzog, David<br>Conference with purchaser and fax offer. | 0.25 | 62.50 | A |
| 04/12/05 | Herzog, David<br>Work on sale of Nevada property; review necessary documents. | 0.50 | 125.00 | A |
| 04/21/05 | Herzog, David<br>Court call re: sale of Nevada property. | 0.50 | 125.00 | A |
| 05/11/05 | Herzog, David<br>Conference with bidder re: additional bid. | 0.25 | 62.50 | A |
| 05/12/05 | Herzog, David<br>Attend court call-sale of Nevada property. | 0.50 | 250.00 | A |
| 05/19/05 | Herzog, David | 0.50 | 250.00 | A |

|            |                                                                                    |      |        |   |
|------------|------------------------------------------------------------------------------------|------|--------|---|
|            | Attend court call re: sale of Nevada property.                                     |      |        |   |
| 06/30/05   | Herzog, David<br>Work on sale of Nevada property; calls re same.                   | 0.50 | 125.00 | A |
| 06/30/05   | Herzog, David<br>Review documentation on sale of Nevada property.                  | 0.25 |  62.50 | A |
| 07/27/05   | Herzog, David<br>Conference with Pahrump property purchaser and Jacobs re: pay-off.| 0.50 | 125.00 | A |
| 08/15/05   | Herzog, David<br>Conference with Nevada closing deal, review documents.            | 0.50 | 125.00 | A |
| 08/19/05   | Herzog, David<br>Work with Nevada counsel re closing of sale of property.          | 1.00 | 250.00 | A |
| 09/13/05   | Herzog, David<br>Review and send documents to Nevada re: sale of property.         | 1.00 | 250.00 | A |

**ATTORNEY TIME FOR CATEGORY B**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 06/17/05 | Herzog, David<br>Review possible fraudulent conveyance action; review documents. | 2.00 | 500.00 | B |
| 07/01/05 | Herzog, David<br>review of materials re: cause of action against Michael Beltran. | 1.50 | 375.00 | B |
| 07/27/05 | Herzog, David<br>Research fraudulent conveyance action, value of mutual property transferred to son; prepare fraudulent conveyance complaint. Trustee Bankruptcy | 4.50 | 1,125.00 | B |
| 07/28/05 | Herzog, David<br>Finalize and file fraudulent conveyance action. | 1.50 | 375.00 | B |
| 09/06/05 | Herzog, David<br>Attend court call-status on fraudulent conveyance case. | 1.00 | 250.00 | B |
| 09/12/05 | Herzog, David<br>Prepare and serve motion for default. | 1.00 | 250.00 | B |
| 09/20/05 | Herzog, David<br>Attend status call of court. | 1.00 | 250.00 | B |
| 09/22/05 | Herzog, David<br>Review answer filed re suit against Michael Beltran. | 0.25 | 62.50 | B |
| 10/10/05 | Herzog, David<br>Call re: adversary. | 0.50 | 125.00 | B |
| 11/15/05 | Herzog, David<br>Herzog vs. Beltran - attend status; conference with Beltran re: sale of real estate. | 1.00 | 250.00 | B |
| 12/06/05 | Herzog, David<br>Review documents re closing of Nevada property | 0.50 | 125.00 | B |

| Date | Attorney / Description | Hours | Amount | |
|---|---|---|---|---|
| 01/04/06 | Herzog, David<br>Attend status call of court. | 1.00 | 250.00 | B |
| 01/05/06 | Herzog, David<br>Work on proposed order re sale of Cindy Lane property. | 1.50 | 375.00 | B |
| 01/13/06 | Herzog, David<br>Prepare agreed order re real estate agent. | 0.50 | 125.00 | B |
| 02/06/06 | Herzog, David<br>Call from Dr. Beltran re faxing appraisal; receive and review same. | 0.50 | 125.00 | B |
| 02/22/06 | Herzog, David<br>Attend court call re status; execute listing agreement. | 1.00 | 250.00 | B |
| 04/05/06 | Herzog, David<br>Attend status call. | 0.50 | 125.00 | B |
| 04/25/06 | Herzog, David<br>Attend court call status. | 0.50 | 125.00 | B |
| 05/02/06 | Herzog, David<br>Attend court call. | 0.50 | 125.00 | B |
| 06/12/06 | Herzog, David<br>Call from David Lin re substituting into case. | 0.50 | 125.00 | B |
| 06/14/06 | Herzog, David<br>Attend court call - status. | 0.50 | 125.00 | B |
| 07/11/06 | Herzog, David<br>Attend court call. | 0.50 | 125.00 | B |
| 08/02/06 | Herzog, David<br>Attend court on motion to compel trustee to abandon property. | 0.50 | 125.00 | B |
| 10/10/06 | Herzog, David<br>Review file re discovery and status issues. | 1.00 | 250.00 | B |
| 10/11/06 | Herzog, David<br>Attend status re case. | 0.50 | 125.00 | B |
| 10/11/06 | Herzog, David<br>Attend status re case. | 0.50 | 125.00 | B |

| Date | Attorney / Description | Hours | Amount | |
|---|---|---|---|---|
| 02/15/07 | Herzog, David<br>Work on discovery. | 1.50 | 525.00 | B |
| 02/16/07 | Herzog, David<br>Finalize discovery and serve. | 1.00 | 350.00 | B |
| 03/20/08 | Herzog, David<br>Demand letter to Raiz re overdue discovery. | 0.10 | 35.00 | B |
| 04/14/08 | Herzog, David<br>Review answers to discovery. | 0.75 | 262.50 | B |
| 05/29/08 | Herzog, David<br>Call from attorney re possible settlement. | 0.10 | 35.00 | B |
| 06/22/08 | Herzog, David<br>Call re settlement; review file. | 0.25 | 87.50 | B |
| 06/29/08 | Herzog, David<br>Letter re settlement. | 0.10 | 35.00 | B |
| 07/03/08 | Herzog, David<br>Work on motion to compromise; file same with court. | 1.25 | 437.50 | B |
| 07/22/08 | Herzog, David<br>Attend court re compromise motion. | 0.75 | 262.50 | B |
| 09/22/08 | Herzog, David<br>Attend court status. | 0.50 | 175.00 | B |
| 10/16/08 | Herzog, David<br>Attend court status re closing of adversary. | 0.50 | 175.00 | B |

**ATTORNEY TIME FOR CATEGORY C**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 02/09/09 | Herzog, David<br>Call from attorney for Kincare re final report and problems with Sarabia claim. | 0.15 | 52.50 | C |
| 03/03/09 | Herzog, David<br>Review documents re claim of Sarabia; review claim, calls re same. | 0.50 | 175.00 | C |
| 03/18/09 | Herzog, David<br>Prepare objection to Sarabia claim, file same. | 1.00 | 350.00 | C |
| 04/12/09 | Herzog, David<br>Attend court hearing on objection; confer with attorney re need for documentation on claim. | 0.50 | 175.00 | C |
| 04/29/09 | Herzog, David<br>Call from atty for Sarabia re documents to be sent for claim. | 0.10 | 35.00 | C |
| 05/12/09 | Herzog, David<br>Attend court call on objection motion. | 0.50 | 175.00 | C |

**ATTORNEY TIME FOR CATEGORY D**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 05/25/04 | Herzog, David<br>Attend motion to extend time to object to discharge. | 0.75 | 187.50 | D |
| 09/16/05 | Herzog, David<br>Letter to California court re: status. | 0.50 | 125.00 | D |
| 09/19/06 | Herzog, David<br>Call from Dr. Beltran re California proceeding; prepare status letter for judge and fax same. | 0.25 | 62.50 | D |
| 03/16/07 | Herzog, David<br>Updated letter to judge in California case re status; fax same. | 0.10 | 35.00 | D |
| 10/05/07 | Herzog, David<br>Updated letter to judge in California case re status; fax same. | 0.10 | 35.00 | D |
| 01/13/09 | Herzog, David<br>Begin work on final report, review claims. | 1.00 | 350.00 | D |