UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| In re: BELTRAN, ARSENIO | § Case No. 04-03983 |
|---|---|
| BELTRAN, NORA | § |
|  | § |
| Debtor(s) | § |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

DAVID HERZOG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: $0.00 | Assets Exempt: $7,550.00 |
|---|---|
| Total Distribution to Claimants: $20,086.45 | Claims Discharged Without Payment: $187,413.55 |
| Total Expenses of Administration: $16,508.19 | |

3) Total gross receipts of $ 36,594.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $36,594.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 16,508.19 | 16,508.19 | 16,508.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 784,914.30 | 207,500.00 | 20,086.45 |
| TOTAL DISBURSEMENTS | $0.00 | $801,422.49 | $224,008.19 | $36,594.64 |

4) This case was originally filed under Chapter 7 on February 03, 2004.
. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2010         By: _____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| VACANT LOT - NEVADA | 1110-000 | 26,148.40 |
| Fraudulent Conveyance Action | 1241-000 | 10,000.00 |
| Interest Income | 1270-000 | 446.24 |
| **TOTAL GROSS RECEIPTS** | | **$36,594.64** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID HERZOG | 2100-000 | N/A | 4,409.18 | 4,409.18 | 4,409.18 |
| HERZOG & SCHWARTZ, P.C. | 3110-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 20.40 | 20.40 | 20.40 |
| International Sureties | 2300-000 | N/A | 22.47 | 22.47 | 22.47 |
| INTERNATIONAL SURETIES | 2300-000 | N/A | 19.41 | 19.41 | 19.41 |
| International Sureties | 2300-000 | N/A | 36.73 | 36.73 | 36.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 16,508.19 | 16,508.19 | 16,508.19 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kin-Care, Inc. | 7100-000 | N/A | 207,500.00 | 207,500.00 | 20,086.45 |
| Sarabia & Associates Inc | 7100-000 | N/A | 577,414.30 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 784,914.30 | 207,500.00 | 20,086.45 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 04-03983 | Trustee: | (330520) DAVID HERZOG |
| --- | --- | --- | --- |
| Case Name: | BELTRAN, ARSENIO | Filed (f) or Converted (c): | 02/03/04 (f) |
|  | BELTRAN, NORA | §341(a) Meeting Date: | 03/10/04 |
| Period Ending: | 01/12/10 | Claims Bar Date: | 10/03/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | LOT #25 - TITUSVILLE, FL | 100.00 | Unknown |  | 0.00 | FA |
| 2 | LOT #8 - TITUSVILLE, FL | 100.00 | Unknown |  | 0.00 | FA |
| 3 | VACANT LOT - NEVADA | 29,000.00 | 26,148.40 |  | 26,148.40 | FA |
| 4 | CASH ON HAND | 200.00 | 0.00 |  | 0.00 | FA |
| 5 | BANK ACCOUNT | 2,000.00 | 0.00 |  | 0.00 | FA |
| 6 | SECURITY DEPOSIT | 70.00 | 70.00 |  | 0.00 | FA |
| 7 | TV, BED, APPLIANCES | 1,500.00 | 0.00 |  | 0.00 | FA |
| 8 | WEARING APPAREL | 2,000.00 | 0.00 |  | 0.00 | 0.00 |
| 9 | WATCH | 50.00 | 0.00 |  | 0.00 | FA |
| 10 | 1984 MERCEDES BENZ | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11 | 1992 CHRYSLER VAN | 500.00 | 0.00 |  | 0.00 | FA |
| 12 | 1996 CHRYSLER SPORTS CARS | 2,500.00 | 0.00 |  | 0.00 | FA |
| 13 | Fraudulent Conveyance Action (u) | 20,000.00 | 20,000.00 |  | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 446.24 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $59,020.00 | $46,218.40 |  | $36,594.64 | $0.00 |

**Major Activities Affecting Case Closing:**

Claim objection with respect to the claim of Sarabia Corp.

**Initial Projected Date Of Final Report (TFR):** December 31, 2005        **Current Projected Date Of Final Report (TFR):** June 30, 2009

Printed: 01/12/2010 12:24 PM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-03983 | | Trustee: | DAVID HERZOG (330520) |
| Case Name: | BELTRAN, ARSENIO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELTRAN, NORA | | Account: | ***.*****43-65 - Money Market Account |
| Taxpayer ID #: | 20-3826686 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/14/05 | {3} | Glenn delRosario | Sale of Debtor's interest in Contract to Purchase Property | 1110-000 | 26,000.00 | | 26,000.00 |
| 12/14/05 | {3} | Markem Title Company | Additional escrow proceeds | 1110-000 | 148.40 | | 26,148.40 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.87 | | 26,155.27 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.73 | | 26,170.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.06 | | 26,184.06 |
| 03/01/06 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #04-03983 | 2300-000 | | 20.40 | 26,163.66 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 15.57 | | 26,179.23 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.57 | | 26,195.80 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.80 | | 26,213.60 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.24 | | 26,230.84 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.83 | | 26,248.67 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.84 | | 26,266.51 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.69 | | 26,283.20 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.42 | | 26,301.62 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.28 | | 26,318.90 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.72 | | 26,335.62 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.56 | | 26,353.18 |
| 02/22/07 | 1002 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 22.47 | 26,330.71 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.13 | | 26,343.84 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.06 | | 26,357.90 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.54 | | 26,372.44 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.55 | | 26,386.99 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.62 | | 26,400.61 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.03 | | 26,415.64 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.57 | | 26,430.21 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.17 | | 26,443.38 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.53 | | 26,458.91 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.76 | | 26,472.67 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.48 | | 26,486.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 12.11 | | 26,498.26 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.43 | | 26,503.69 |
| 03/12/08 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #04-03983 | 2300-000 | | 22.20 | 26,481.49 |

Subtotals : $26,546.56 $65.07

() Asset reference(s)

Printed: 01/12/2010 12:24 PM V.11.53

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-03983 | Trustee: | DAVID HERZOG (330520) |
| Case Name: | BELTRAN, ARSENIO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELTRAN, NORA | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | 20-3826686 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 03/12/08 | | | | |
| 03/12/08 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #04-03983 Voided: check issued on 03/12/08 | 2300-000 | | -22.20 | 26,503.69 |
| 03/12/08 | 1004 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #04-03983 Voided on 03/12/08 | 2300-000 | | 19.41 | 26,484.28 |
| 03/12/08 | 1004 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #04-03983 Voided: check issued on 03/12/08 | 2300-000 | | -19.41 | 26,503.69 |
| 03/12/08 | 1005 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #04-03983 | 2300-000 | | 19.41 | 26,484.28 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.92 | | 26,489.20 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.69 | | 26,492.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.31 | | 26,496.20 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.36 | | 26,499.56 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.36 | | 26,502.92 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.15 | | 26,506.07 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.47 | | 26,509.54 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.89 | | 26,512.43 |
| 11/12/08 | {13} | Michael Beltran | Settlement of Adversary | 1241-000 | 10,000.00 | | 36,512.43 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.49 | | 36,514.92 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.58 | | 36,517.50 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 36,518.98 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.39 | | 36,520.37 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.58 | | 36,521.95 |
| 04/14/09 | 1006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #04-03983 | 2300-000 | | 36.73 | 36,485.22 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 36,486.70 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.43 | | 36,488.13 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.58 | | 36,489.71 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 36,491.24 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 36,492.77 |

Subtotals :   $10,045.22   $33.94

{} Asset reference(s)   Printed: 01/12/2010 12:24 PM   V.11.53

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-03983 | | Trustee: | DAVID HERZOG (330520) |
| Case Name: | BELTRAN, ARSENIO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELTRAN, NORA | | Account: | ***-*****43-65 - Money Market Account |
| Taxpayer ID #: | 20-3826686 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 36,494.25 |
| 10/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.38 | | 36,495.63 |
| 10/29/09 | | To Account #********4366 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 36,495.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 36,594.64 | 36,594.64 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 36,495.63 | |
| | | | Subtotal | | 36,594.64 | 99.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $36,594.64 | $99.01 | |

{} Asset reference(s)

Printed: 01/12/2010 12:24 PM   V.11.53

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-03983 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | BELTRAN, ARSENIO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BELTRAN, NORA | | Account: | ***.*****43-66 - Checking Account |
| Taxpayer ID #: | 20-3826686 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/09 | | From Account #********4365 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 36,495.63 | | 36,495.63 |
| 10/29/09 | 101 | DAVID HERZOG | Final Distribution | 2100-000 | | 4,409.18 | 32,086.45 |
| 10/29/09 | 102 | HERZOG & SCHWARTZ, P.C. | Final Distribution | 3110-000 | | 12,000.00 | 20,086.45 |
| 10/29/09 | 103 | Kin-Care, Inc. | Final Distribution | 7100-000 | | 20,086.45 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 36,495.63 | 36,495.63 | $0.00 |
| Less: Bank Transfers | 36,495.63 | 0.00 | |
| Subtotal | 0.00 | 36,495.63 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $36,495.63 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***.*****43-65 | 36,594.64 | 99.01 | 0.00 |
| Checking # ***.*****43-66 | 0.00 | 36,495.63 | 0.00 |
| | $36,594.64 | $36,594.64 | $0.00 |

{} Asset reference(s)

Printed: 01/12/2010 12:24 PM     V.11.53